**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**GARY LEON WEBSTER**                                                              **PLAINTIFF**
**ADC #114018**

**v.**                                    **CASE NO. 4:21-cv-00324-JM**

**ROCHELLE WALENSKY**                                                            **DEFENDANT**

## <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 22nd day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE